UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

JAMES MURRAY,

                              Plaintiff,

              vs                              9:03-CV-1010
                                                 (DNH/GLS)


R. PALMER, Corrections Officer, Great Meadow
Correctional Facility; S. GRIFFIN, Corrections Officer,
Great Meadow Correctional Facility; M. TERRY,
Corrections Officer, Great Meadow Correctional Facility;
F. ENGLESE, Corrections Officer, Great Meadow
Correctional Facility; SERGEANT EDWARDS, Great
Meadow Correctional Facility; K. BUMP, Sergeant, Great
Meadow Correctional Facility; K.H. SMITH, Sergeant,
Great Meadow Correctional Facility; A. PAOLANO,
Facility Health Director: and TED NESMITH,
Physicians Assistant.

                              Defendants.


~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

APPEARANCES:                          OF COUNSEL:

JAMES MURRAY, 95-A-4417
Plaintiff *Pro Se*
Upstate Correctional Facility
P.O. Box 2001
309 Bare Hill Road
Malone, New York 12953

HON. ANDREW M. CUOMO                  JAMES SEAMAN, ESQ.
Attorney General of the              Asst. Attorney General
   State of New York
Attorney for Defendants
Department of Law
The Capitol
Albany, New York 12224

DAVID N. HURD
United States District Judge

**O R D E R**

Plaintiff, James Murray, brought this civil rights action pursuant to 42 U.S.C.

§ 1983.  In a 51 page Report Recommendation dated February 11, 2008, the

Honorable George H. Lowe, United States Magistrate Judge, recommended that

defendants' motion for summary judgment be granted in part (i.e., to the extent that it

requests the dismissal with prejudice of plaintiff's claims against defendant Paolano and

Nesmith); and denied in part (i.e., to the extent that it requests dismissal of plaintiff's

claims against the remaining defendants on the grounds of plaintiff's failure to exhaust

available administrative remedies) for the reasons stated in the Report

Recommendation.  Lengthy objections to the Report Recommendation have been filed

by the plaintiff.

Based upon a de novo review of the portions of the Report-Recommendation to

which the plaintiff has objected, the Report-Recommendation is accepted and adopted.

See 28 U.S.C. 636(b)(1).

Accordingly, it is

ORDERED that

1.  Defendants' motion for summary judgment is GRANTED in part and DENIED

in part;

2.  Plaintiff's complaint against defendants Paolano and Nesmith is DISMISSED

with prejudice;

3.  Defendants' motion for summary judgment is DENIED, to the extent that their request for dismissal of plaintiff's assault claims under the Eighth Amendment against the remaining defendants on the grounds of plaintiff's failure to exhaust available administrative remedies as stated in the Report-Recommendation.

IT IS SO ORDERED.

_____
United States District Judge

Dated:   June 20, 2008
         Utica, New York.

3